1  NORRIS & GALANTER LLP
   Douglas F. Galanter, SBN 93740
2  Thomas C. Seabaugh, SBN 272458
   555 W. 5th St., 31st Floor
3  Los Angeles, California 90013
   Telephone:  (213) 996-8439
4  Facsimile:  (213) 996-8475

5  Attorneys for Plaintiff Donald G. Norris

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  DONALD G. NORRIS,            Case No. SACV11 - 01040 AG(RNBx)

12            Plaintiff,
                                  COMPLAINT FOR DAMAGES FOR
13       vs.                      VIOLATION OF THE FAIR DEBT
                                  COLLECTION PRACTICES ACT;
14  INNOVATIVE COLLECTION
    SERVICES, and DOES 1-10,      DEMAND FOR JURY TRIAL
15  Inclusive,

16            Defendants.

17

18

19

20

21              JURISDICTION AND VENUE

22       1.    This action arises out of defendants' violations of the Fair Debt

23  Collection Practices Act, 15 U.S.C. § 1692 et seq. (the "FDCPA").  This Court

24  has jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

25       2.    Venue is proper in this district under 28 U.S.C. §1391(b).

26                    PARTIES

27       3.    Plaintiff Donald G. Norris is an adult person residing in this judicial

28  district.

4.      Defendant Innovative Collection Services ("ICS") is a business entity of unknown form doing business in this judicial district.  ICS is collection agency and a "debt collector" as that term is defined in 15 U.S.C. § 1692a(6).

5.      The true names of defendants Does 1 through 10, Inclusive are presently unknown to plaintiff, who therefore sue each of these defendants by such fictitious name.  Upon ascertaining the true identity of a defendant Doe, plaintiff will amend this Complaint, or seek leave to do so, by inserting the true name in lieu of the fictitious name.

6.      Each defendant is in some manner responsible for the injuries and damages complained of herein.  Each defendant promoted, ratified, and approved the wrongful conduct alleged herein of each of the other defendants, and/or acted in concert with each of the other defendants, in doing the wrongful acts complained of herein.

<u>CLAIM FOR RELIEF</u>

7.      On or about June 6, 2009 plaintiff received in the mail from ICS two written communications dated June 3, 2009 each entitled "FINAL NOTICE."  Each communication asserted that plaintiff had received a parking citation at the University of California at Los Angeles in February 2006 and that a total amount was due and payable.  Each communication advised that "[if] this matter is not resolved within 10 days, your account will be reported to one or more of the three major credit reporting agencies."  However, each communication went on to advise under a heading entitled "Consumer Rights" that "[in the event of a dispute, you must notify Innovative Collection Services in writing at the P.O. Box address listed at the top of this letter....If we do not hear from you in 30 days, we will assume that the debt is valid," and that in the event of a dispute "[w]e will obtain verification of the debt and mail you a copy for your records."

8.     Each obligation referred to in each FINAL NOTICE" is a "debt" as defined by 15 U.S.C. § 1692a(5).

9.     By letter dated June 10, 2009 and duly mailed to ICS on that date plaintiff expressly disputed each purported debt.

10.     On information and belief, at some time after receipt of plaintiff's June 10, 2009 letter, and without any further contact with plaintiff, ICS reported the alleged debts to one or more credit rating agencies, without communicating that the alleged debts were disputed.  This conduct violated 15 U.S.C. § 1692e(8), which prohibits communication to any third person of credit information "which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed."

11.     On information and belief, ICS's statement in each June 3, 2009 "FINAL NOTICE" that it would verify the alleged debts and send plaintiff a copy of such verification for plaintiff's records further violated 15 U.S.C. 1692e(8) in that ICS had no intention of verifying the debts or of mailing a copy of the verification in the event plaintiff disputed the debts, which he subsequently did do.

12.     On information and belief, the threat in each June 3, 2009 "FINAL NOTICE" to report the alleged debt to credit rating agencies further violated 15 U.S.C. § 1692e(8), in that ICS knew or should have known that each alleged debt obligation was invalid.

13.     In each June 3, 2009 "FINAL NOTICE" ICS advised that, "Note that due to the delinquency of this citation, you no longer have the right to claim the citation was issued in error."  On information and belief, ICS' statement in each June 3, 2009 notice violated 15 U.S.C. 1692e(2), which makes it unlawful for a debt collector to falsely represent the legal status of a debt, including a consumer's right to dispute that debt.

14.    When ICS reported the disputed debts to a credit reporting agency or agencies before verifying the debt to plaintiff, ICS violated 15 U.S.C. § 1692g(b).

15.    As a direct, foreseeable, and intended result of defendants' violations of the FDCPA plaintiff has suffered damages, including substantial financial losses arising as a result of the substantial lowering of his once stellar credit score, humiliation, anxiety, emotional distress, fear, frustration and embarrassment.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays that judgment be entered against defendants and each of them, as follows:

1.    for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) in an amount to be determined at trial;

2.    for an award of statutory damages pursuant to 15 U.S.C. § 1692(k)(a)(2)(A) for each violation of the FDCPA;

3.    for an award of reasonable attorneys' fees pursuant to 15 U.S.C. § 1692(k)(a)(3);

4.    for costs of suit; and

5.    for such other and further relief as the Court deems just and proper.

Dated:  July 12, 2011                NORRIS & GALANTER LLP


                                     By:  _Thomas C. Seabaugh_
                                          Thomas C. Seabaugh
                                          Attorneys for Plaintiff Donald G. Norris

1

## DEMAND FOR TRIAL BY JURY

2

3      Plaintiff demands trial by jury on all issues.

4

5    Dated:  July 12, 2011              NORRIS & GALANTER LLP

6

7                                    By:  _Thomas C. Seabaugh_

8                                    Thomas C. Seabaugh
                                     Attorneys for Plaintiff Donald G. Norris

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA


**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV11- 1040 AG (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[X] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

NORRIS & GALANTER LLP
Douglas F. Galanter, SBN 93740
Thomas C. Seabaugh, SBN 272458
555 West 5th Street, 31st Floor
Los Angeles, California 90013
Telephone: (213) 996-8439 / Fax: (213) 996-8475

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD G. NORRIS, <br><br> PLAINTIFF(S) <br><br> v. <br><br> INNOVATIVE COLLECTION SERVICES; and DOES 1-10, Inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **SACV11-01040** AG(RNBx) <br><br> **SUMMONS** |

TO:   DEFENDANT(S): <u>INNOVATIVE COLLECTION SERVICES; and DOES 1-10, Inclusive,</u>

A lawsuit has been filed against you.

Within _**21**_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, <u>NORRIS & GALANTER LLP</u>, whose address is <u>555 West Fifth Street, 31st Floor, Los Angeles, California 90013</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____ JUL 1 2 2011 _____

By: _____
                    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
DONALD G. NORRIS

**DEFENDANTS**
INNOVATIVE COLLECTION SERVICES; and
DOES 1-10, Inclusive

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
NORRIS & GALANTER LLP
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013

Attorneys (If Known)
(unknown)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ (not stated)

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☒ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

TORTS PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

TORTS PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

FORFEITURE / PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

FOR OFFICE USE ONLY: Case Number: **SACV11-01040**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Thomas C. Seabury_   Date July 12, 2011

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |